62746. HIGH POINT SPRINKLER COMPANY OF ATLANTA, INC. et al. v. GEORGE HYMAN CONSTRUCTION COMPANY et al.

BANKE, Judge.

This is an appeal by the defendants from a judgment for the plaintiff contractor in a suit to recover for breach of a subcontract. The case was tried without a jury. In ruling for the plaintiff, the court made no findings of fact, but merely concluded as a matter of law that the contract was valid, that the defendants were bound by it, and that the plaintiff had incurred $80,374.30 in damages as the result of the defendants' failure to perform. *Held:*

The judgment is vacated and the case remanded for entry of proper findings of fact and conclusions of law as to all material issues, as required by Code Ann. § 81A-152 (a). See *Doyal Development Co. v. Blair,* 234 Ga. 261 (215 SE2d 471) (1975); *Spivey v. Mayson,* 124 Ga. App. 775 (186 SE2d 154) (1971); *Barkwell v. Helms,* 137 Ga. App. 290 (223 SE2d 485) (1976).

*Judgment vacated and case remanded. Deen, P. J., and Carley, J., concur.*

DECIDED OCTOBER 27, 1981.

*Charles Ratz,* for appellants.
*W. Hensell Harris, Jr.,* for appellees.